UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREG A. RIDDLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-02198-MPB-TAB |
| | ) |
| REYES HOLDINGS L.L.C D/B/A MONARCH DISTRIBUTING L.L.C., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Plaintiff Greg A. Riddle and Defendant Monarch Distributing, LLC, incorrectly identified as Reyes Holdings, LLC d/b/a Monarch Distributing, LLC, have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court, having reviewed said Stipulation and being duly advised in the premises, now finds that the matter should be dismissed.

**IT IS THEREFORE ORDERED** that this matter is dismissed with prejudice. Each party shall bear its own costs.

**SO ORDERED** this 15th day of June, 2023.

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record.